UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/2023
```

SANTIAGO GOMEZ,

        Plaintiff,

-against-

WESTCHESTER COUNTY, at al

        Defendants.

18-CV-224 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

On August 31, 2023, the Court issued an Order to Show Cause directing Santiago Gomez ("Plaintiff") to show cause in writing on or before October 2, 2023 as to why his claims against Defendants should not be dismissed for want of prosecution under Federal Rule of Civil Procedure 41(b). (ECF No. 113.) The Court expressly warned Plaintiff that failure to comply with the Court's show cause order would result in dismissal of this action for want of prosecution. (*Id.*) To date, the deadline expired more than a year ago, and Plaintiff has failed to respond to the Order to Show Cause for over a month and to communicate with the Court for over a year.

Accordingly, the Court DISMISSES without prejudice the above-captioned action for want of prosecution. The Clerk of the Court is directed to terminate this action, to mail a copy of this order to *pro se* Plaintiff at the address on ECF, and to show service on the docket.

Dated: November 28, 2023
       White Plains, NY

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE